FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNETTE M. S.,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 2:17-CV-00388-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

Before the Court, without oral argument, is Magistrate Judge Rodgers's December 13, 2018 Report and Recommendation, ECF No. 13, recommending that summary judgment be granted in Plaintiff's favor. The period for filing objections has passed and no party has objected. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Rodgers's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 13**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE **-** 1

**2.** Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **GRANTED**.

**3.** The Commissioner's Motion for Summary Judgment, **ECF No. 12**, is **DENIED**.

**4.** The Court enters **JUDGMENT** in favor of Plaintiff **REMANDING** this matter to the Commissioner for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).

   *A.* The ALJ shall determine whether, and if so when, medical improvement occurred; properly address the opinion of the medical expert Dr. Thompson; properly consider Plaintiff's symptom statements; and make a new residual functional capacity determination if medical improvement is established. The ALJ shall supplement the record with any outstanding evidence and call a vocational expert to testify at the remand proceedings.

**5.** All hearings and other deadlines are **STRICKEN**.

**6.** The Clerk's office is directed to **CLOSE** this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge